## ROBERT LESLIE v. THE STATE.

No. 10065.  Delivered March 31, 1926.

**Theft from Person—No Statement of Facts—No Bill of Exception.**

Where a record contains neither a statement of facts, nor bill of exception, and there is no fundamental error disclosed, the cause will be affirmed.

Appeal from the District Court of Nacogdoches County. Tried below before the Hon. C. A. Hodges, Judge.

Appeal from a conviction for theft from the person, penalty two years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Robt. M. Lyles,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Conviction in District Court of Nacogdoches County of theft from the person, punishment two years in the penitentiary.

The record is before us without any statement of facts or bills of exception. The indictment in this case charges the offense in accordance with the statute, and the instructions given by the court are pertinent and present the law.

No error appearing, the judgment will be affirmed.

*Affirmed.*

Morrow, P. J., absent.